SARAH JACOBS *v.* S. LEVY.

It is a sufficient compliance with Art. 72 of the Constitution, for the Judge to state in his decree that, " after hearing evidence and argument of counsel for the reasons assigned in open court, it is adjudged and decreed, &c."

APPEAL from the Fifth District Court of New Orleans, *Augustin,* J. *Wooldridge & Lemly,* for plaintiff. *B. C. Elliott,* for defendant and appellant.

BUCHANAN, J.  The defendant is appellant from a judgment condemning him to pay one hundred and fifty dollars damages for a very gross slander of the chastity of plaintiff, who is a married woman, and whose behavior is proved to be correct.

The defendant relies in this court entirely on the want of a statement of reasons in the written judgment of the District Court.

The judgment reads as follows : " After hearing evidence and argument of counsel, for the reasons assigned in open court, it is adjudged and decreed," &c.

We think this satisfies the requirement of the Article 72 of the Constitution of the State, that Judges shall " in all cases adduce the reasons on which their judgment is founded."

Judgment affirmed, with costs.